1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5    PATRICK WILLIAMS,                        1:06–cv-01793-OWW-NEW(DLB)(PC)

6                                             ORDER VACATING FINDINGS AND
                Plaintiff,                    RECOMMENDATION OF JULY 23, 2007
7                                             (Doc. 14)

8        vs.

     DEPARTMENT OF CORRECTIONS,               ORDER DIRECTING CLERK TO FILE
9                                             SECOND AMENDED COMPLAINT WHICH
                                              WAS LODGED ON AUGUST 30, 2007
10               Defendants.                  (Doc. 15)
     _____/

11

12          Plaintiff is a prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C.

13   § 1983.

14          On July 23, 2007, the court submitted findings and recommendations to United States

15   District Judge Oliver W. Wanger to dismiss plaintiff s case for failure to comply with the court's

16   order requiring plaintiff to either file a second amended complaint or notify the court in writing that

17   he wishes to voluntarily dismiss this action.  On August 30, 2007, plaintiff lodged a second amended

18   complaint with the court.  Due to plaintiff's submission of the second amended complaint, the

19   findings and recommendation of July 23, 2007, shall be vacated.  In addition, the lodged second

20   amended complaint shall be filed.

21          In light of the foregoing, IT IS HEREBY ORDERED that:

22          1.     The Findings and Recommendation filed on July 23, 2007, is VACATED; and

23          2.     The Clerk of Court is DIRECTED to file the Second Amended Complaint which was

24                 lodged on August 30, 2007.

25          IT IS SO ORDERED.

26   **Dated:   September 20, 2007**          _____ **/s/ Dennis L. Beck**_____
                                             UNITED STATES MAGISTRATE JUDGE
27

28